UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK PECK,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL MINEV, et al,<br><br>   Defendants. | Case No.: 2:21-cv-01865-CDS-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Request for Submission of Doc 30, 36, and 37 (ECF No. 42). Through his Motion Plaintiff requests copies of his Motion to Withdraw from Settlement Agreement (ECF No. 30), Addendum/Affidavit to Document 30 (ECF No. 36), and Motion/Request for Submission of Motion and Judicial Notice (ECF No. 37). Under Local Rule 10-1, a "*pro se* party who wishes to receive a file-stamped copy of any pleading or other paper must submit one additional copy and, if by mail, a self-addressed, postage-paid envelope. A party who is granted leave to proceed in forma pauperis need not submit a self-addressed, postage-paid envelope." LR 10-1. Plaintiff is advised that if he wishes the Court to return a copy of his filings in the future he must submit two copies in accordance with the Local Rule.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request for Submission of Doc 30, 36, and 37 (ECF No. 42) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall send to Plaintiff one copy each of Plaintiff's Motion to Withdraw from Settlement Agreement (ECF No. 30), Addendum/Affidavit to Document 30 (ECF No. 36), and Motion/Request for Submission of Motion and Judicial Notice (ECF No. 37).

IT IS FURTHER ORDERED that Plaintiff shall not be entitled to copies of any other document filed with the Court. If Plaintiff wishes to receive copies of his filings, he must submit an additional copy of each document when filing.

DATED this 24th day of April, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE