UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Frank M. Peck,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>Michael Minev, et al.,<br><br>　　　　　　Defendants | Case No. 2:21-cv-01865-CDS-EJY<br><br>ORDER TO PRODUCE<br>FRANK M. PECK,<br>#57106 |

TO:　　NEVADA DEPARTMENT OF CORRECTIONS; and
TO:　　JEREMY BEAN, ASSOCIATE WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that FRANK M. PECK, #57106, is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce FRANK M. PECK, #57106, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 6B, Las Vegas, Nevada, on or about September 19, 2023, at the hour of 10:00 a.m., for the scheduled motion hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by

1 | the entitled above, until FRANK M. PECK, #57106, is released and discharged by the
2 | court; and that FRANK M. PECK, #57106, shall thereafter be returned to the custody of the
3 | Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

DATED: August 25, 2023

_____
Cristina D. Silva
United States District Judge